UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**14-1078**

**SECT. G MAG. 4**

Patricia Peter-Takang

VS

Suzy Sonnier (Secretary) Department of Children & Family Services [DCFS],

Touro Infirmary Hospital [James T. Montgomery as CEO]

Dr. Glen Steeb, M.D.

## COMPLAINT

JURISDICTION

I, Patricia Peter Takang live in the parish of Orleans within the state of Louisiana.

PARTIES

1. Suzy Sonnier in her capaticity as Secretary of the Department of Children and Family Services

P.O. Box 3776

Baton Rouge, La; 70821

(225) 342-0286

2. Touro Infirmary Hospital

1401 Foucher Street

New Orleans, La. 70115

3. Dr. Glen Steeb, M.D.

2820 Napoleon Ave. Suite 700

New Orleans, La; 70115

___Fee _____
___Process_____
_X_ Dkid _____
___CtRmDep_____
___Doc. No._____

COMPLAINT

July19, 2002 I, Patricia Peter Takang was admitted to Touro Hospital in labor. On July 20, 2002, Dr. Glenn Steeb introdued himself to me as a surgeon consulted by Tour Hospital to perform surgury on me. I explain to Dr. Steeb that I was 9 months pregnant and I believed the twins to be ectopic (outside of the wound). I also informed him that I ha d some ultra sound films with me. Dr. Steeb informed me that he would perform th surgery early in the following morning. I was taken to surgery after 1:00 am on the morning of July 20, 2002 at Touro Infirmary and returned to my hospital room at Touro Infirmary before 5:00 am. The nurses on each shift took my vital signs and checked my abdomenal wound. I asked about my twins and was told that the doctor would come and talk to me. I waited until July 22 before Dr. Glen Steeb came to talk to me. He did not exam my wound and told me that my twins died immediately after he removed them from my abdomen. I asked to receive their bodies and Dr. Steeb told me that the hospital had disposed of them.

I filed a complaint in this court (United States District Court Eastern District of Louisiana Section "N" MAG I Civil Action Number 03-0946) and was instructed to file with the Louisiana Patient Compensation Fund and return .

I filed an complaint with the State of Louisiana Civil Dristict Court under Judge Robin Giarrusso . I and my attorney was summoned to court by Judge Giarrusso and she discharged my case and ordered my attorney to sit down and shut-up; or he would be arrested. When I appealed to the Louisiana Fourth Circuit, I was told that the judge never signed anything and that my records were lost.

On August 13, 2005, I was directed to the New Orleans Times Picayune Section "B " where twins toddlers were found walking down Chef Menteur Hwy in the 13700 block. The mother stated that the twins were not her biological children. I approached the Department of Children Services on August 15, 2005 and reported to them that the twins looked exactly like my husband who lives in Cameroon, Africa.

I requested to take a DNA to vertify or rule-out that these children were my biological twins. I was told that only an attorney could approach their office with that request. My attorney was blocked from representing me and I could not obtain another attorney. These children remains in DCFS today as Deshaun Jenkins and Keshawn Jenkins. I talked to Ms. Davis at DCFS in New Orleans, La. As recently as April 2014 informing her that I need to have a DNA test completed to rule out or confirm that these children are my biological twins. I was told by her that she would be in touch with me. This has happened many times and I don't know what else to do. There are no court records in Civil District Court and no medical records in Touro Infirmary, but I have records to prove that this is true.

Two Civil Right Organizations have Gag Orders on this matter because I spoke about this on the Radio (WBOK) and Channel 8 program "The Ballet or the Bullet". I can not engage in any activity with these two organizations .

DEMAND

I, Patricia Peter Takang demand that the Department of Children & Family Services permit me to complete a DNA of the children known as Keshawn Jenkins and Deshaun Jenkins or other children known to be my biological twins in their custody. I also demand that Touro Infirmary Hospital and Dr. Glen Steeb pay me 10 million dollars ( 10,000,000) for pain and suffering over this incident.

DATE: 05/ 12/2014

*Patricia Peter Takang* (signature)

Patricia Peter Takang

634 North Pierce St

New Orleans, La. 70119

(504) 307-5575